NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**THE CHAMBERLAIN GROUP, LLC,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**OVERHEAD DOOR CORPORATION, GMI HOLDINGS, INC.,**
*Intervenors*

-------------------------------------------------

**OVERHEAD DOOR CORPORATION, GMI HOLDINGS, INC.,**
*Appellants*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**THE CHAMBERLAIN GROUP, LLC,**
*Intervenor*

———————————

2022-1664, 2022-1656

———————————

Appeals from the United States International Trade Commission in Investigation No. 337-TA-1209.

_____

# O R D E R

The parties having so agreed,

IT IS ORDERED THAT:

(1) The above-captioned appeals are dismissed under Fed. R. App. P. 42(b).

(2) Each side shall bear their own costs.

FOR THE COURT

<u>June 14, 2023</u>                    /s/ Jarrett B. Perlow
        Date                             Jarrett B. Perlow
                                         Acting Clerk of Court

**ISSUED AS A MANDATE:** June 14, 2023